IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:14-cr-00013-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| (1) STEPHEN LEE BAKER and ) | |
| (2) VICTOR LEE WILBERG. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment as to the Named Defendants [Doc. 29].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 29] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE** as to both Defendants.

**IT IS SO ORDERED**.

Signed: June 20, 2014

Martin Reidinger
United States District Judge